

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00038-CV
### No. 10-22-00066-CV

## ESTATE OF RODGER LYNN ROSS, DECEASED

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. CV40972

## ABATEMENT ORDER

The clerk's records in these appeals were due on March 11, 2022 and June 30, 2022, respectively. They have not been filed. The Clerk of this Court, in letters dated July 26, 2022, reminded the district clerk that the clerk's records were past due and requested the records to be filed within 30 days. The clerk's record in either appeal has not been filed.

We understand that the Falls County District Clerk's Office has recently had a complete turnover in employees, but because it is the joint duty of the appellate court and the trial court to see that the appellate record is timely filed, *see* TEX. R. APP. P. Rule 35.3(c), and this Court having attempted to obtain the complete clerk's record without success, this proceeding is ABATED to the trial court, who is in the best position to work directly

with the trial court clerk to complete the preparation and filing of the clerk's record, to determine:

(1) The reasons why the clerk's records are late; and

(2) A date certain when the clerk's records can reasonably be assembled and filed in a manner that does not further delay the prosecution of these appeals or have the practical effect of depriving appellants of a right to appeal, but in no event later than 60 days from the date of this ORDER.

Accordingly, this appeal will be automatically reinstated upon filing of the clerk's record, but in no event later than 60 days from the date of this ORDER.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal abated
Order issued and filed October 5, 2022
[RWR]

